UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR MORAN, *et al*.<br><br>Plaintiff,<br><br>v.<br><br>ALTEC INDUSTRIES,<br><br>Defendant. | Case No. 1:23-cv-01236-KES-CDB<br><br>ORDER RE JOINT STATUS REPORT<br><br>(Doc. 10)<br><br>ORDER VACATING MID-DISCOVERY STATUS CONFERENCE |

On or about July 11, 2023, Plaintiffs Omar and Sandy Moran ("Plaintiffs") commenced an action in the Superior Court of the State of California, County of Kern, against Defendant Altec Industries ("Defendant"). (Doc. 1). Defendant answered the complaint on August 17, 2023. *Id*. The following day, Defendant removed the action to this Court. *Id*. On November 14, 2023, the Court issued the operative scheduling order. (Doc. 7).

On April 15, 2024, the parties filed a joint mid-discovery status conference report pursuant to the Court's scheduling order. (Doc. 10). The parties propose extending the fact and expert-discovery-related dates by 45 days in light of the need to conduct several depositions. *Id*. at 2-3.

/ / /

/ / /

1

In light of the parties' representations and for good cause shown, an extension of case management dates is warranted. Accordingly, IT IS HEREBY ORDERED:

1. The parties' request to amend the scheduling order is GRANTED AS MODIFIED.

2. The operative scheduling order is amended as follows:

| Event | Original Deadline | Amended Deadline |
|---|---|---|
| Fact Discovery | May 27, 2024 | July 11, 2024 |
| Expert Disclosures | June 10, 2024 | July 25, 2024 |
| Rebuttal Disclosures | July 1, 2024 | August 15, 2024 |
| Expert Discovery | August 1, 2024 | September 15, 2024 |
| Non-Dispositive Motion Filing Deadline | August 15, 2024 | August 15, 2024 |
| Non-Dispositive Motion Hearing Date | September 23, 2024 | September 23, 2024, at 10:30 a.m., in Bakersfield Federal Courthouse |
| Dispositive Motion Filing Deadline | October 7, 2024 | October 7, 2024 |
| Dispositive Motion Hearing Date | November 18, 2024 | November 18, 2024, at 1:30 p.m., in Robert E. Coyle Federal Courthouse, Fresno, Courtroom 6, 7th Floor |
| Pre-Trial Conference | April 28, 2025 | April 28, 2025, at 1:30 p.m., in Fresno Federal Courthouse |
| Trial | June 24, 2025 | June 24, 2025, at 9:00 a.m., in Fresno Federal Courthouse |

3. The Mid-Discovery Status Conference set for April 22, 2024, is VACATED.

IT IS SO ORDERED.

Dated:  **April 18, 2024**

UNITED STATES MAGISTRATE JUDGE