|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | UNITED STATES DISTRICT COURT | |
| 9 | EASTERN DISTRICT OF CALIFORNIA | |
| 10 | | |
| 11 | OMAR MORAN, *et al.*, | Case No. 1:23-cv-01236-KES-CDB |
| 12 | Plaintiffs, | ORDER ON STIPULATION AMENDING SCHEDULING ORDER <u>AS MODIFIED</u> |
| 13 | v. | (Doc. 19) |
| 14 | ALTEC INDUSTRIES, | |
| 15 | Defendant. | |
| 16 | | |

17   On or about July 11, 2023, Plaintiffs Omar and Sandy Moran ("Plaintiffs") filed a
18 complaint in the Superior Court of the State of California, County of Kern, against Defendant
19 Altec Industries ("Defendant"). (Doc. 1). Defendant removed the action to this Court on August
20 18, 2023. On November 14, 2023, the Court issued a scheduling order setting all case
21 management dates governing the litigation of this case. (Doc. 7).
22   On April 15, 2024, the parties filed a joint mid-discovery status conference report (Doc.
23 10) in which the parties proposed extending fact and expert discovery-related dates by 45 days in
24 light of the need to conduct several depositions. *Id*. at 2-3. On April 19, 2024, the Court granted
25 the parties' request. (Doc. 11).
26   On June 27, 2024, the parties filed a stipulated request for amendment to the scheduling
27 order. (Doc. 16). The Court denied the parties' request without prejudice, finding that the
28 request was not supported by affidavit and/or declarations as required by the case's scheduling

order, otherwise was not supported sufficiently by a showing of good cause, and proposed discovery extensions without in-kind extensions for pretrial and trial dates. (Doc. 17). The Court ordered the parties to file within seven days any renewed stipulated request to amend the scheduling order and to include in any stipulated request detailed information concerning the status of discovery. *Id.* at 3.

Pending before the Court is the parties' renewed stipulation for order amending the scheduling order. (Doc. 19). The parties support their renewed, stipulated request with attorney declarations. (Docs. 19-1; 19-2). In those declarations, counsel attest to discovery that has been completed and both fact and expert discovery anticipated to be taken in the coming months, including possible deposition of more than a dozen treating medical providers and other expert discovery. (Doc. 19-1 ¶ 24).

In light of the parties' renewed stipulation and supporting declarations, the Court finds good cause to grant the requested amendment to the scheduling order. However, the Court notes counsel for Plaintiff's attestation that the parties will participate in private mediation prior to trial (*id.* ¶ 27) and admonishes the parties to diligently conduct and complete discovery prior to the extended deadlines ordered herein notwithstanding any parallel settlement efforts.

Accordingly, IT IS HEREBY ORDERED that scheduling order is modified as follows:

| Event | Current Date | New Date |
| --- | --- | --- |
| Fact Discovery | July 11, 2024 | September 23, 2024 |
| Expert Disclosures | July 25, 2024 | November 11, 2024 |
| Rebuttal Disclosures | August 15, 2024 | February 3, 2025 |
| Expert Discovery | September 15, 2024 | March 20, 2025 |
| Non-Dispositive Motion Filing Deadline | August 15, 2024 | February 3, 2025 |
| Non-Dispositive Motion Hearing Date | September 23, 2024 | March 3, 2025, at 10:30 a.m., in Bakersfield Federal Courthouse |

| | | |
|---|---|---|
| Dispositive Motion Filing Deadline | October 7, 2024 | March 7, 2025 |
| Opposition to Dispositive Motion Filing Deadline | | March 28, 2025 |
| Reply to Opposition to Dispositive Motion Deadline | | April 11, 2025 |
| Dispositive Motion Hearing Date | November 18, 2024 | April 28, 2025, at 1:30 p.m., in Robert E. Coyle Federal Courthouse, Fresno, Courtroom 6, 7th Floor |
| Pre-Trial Conference | April 28, 2025 | August 25, 2025, at 1:30 p.m., in Fresno Federal Courthouse |
| Trial | June 24, 2025 | October 21, 2025, at 9:00 a.m., in Fresno Federal Courthouse |

IT IS SO ORDERED.

Dated:   **July 8, 2024**

UNITED STATES MAGISTRATE JUDGE

3