UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR MORAN; SANDY MORAN,<br><br>Plaintiffs,<br><br>v.<br><br>ALTEC INDUSTRIES, an Alabama Corporation, dba Altec Service Center, and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO.: 1:23-cv-01236-KES-CDB<br><br>**ORDER CONTINUING TRIAL** |

**GOOD CAUSE HAVING BEEN SHOWN**, the Court continues the trial date in this matter to January 6, 2026, at 8:30 a.m. in Courtroom 6.

IT IS SO ORDERED.

Dated:   August 12, 2025

_____
UNITED STATES DISTRICT JUDGE

---

1

**ORDER CONTINUING TRIAL DATE**